JUNE TERM, 1919. 463

*93 N. J. L.*        Hahn v. Del., Lack. & West. R. R. Co.

MINNIE HAHN, RESPONDENT, v. DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, AP-
PELLANT.

Submitted July 7, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is re-
ported in 92 *N. J. L.* 277.

For the appellant, *Frederic B. Scott.*

For the respondent, *Weller & Lichtenstein.*

PER CURIAM.

The only substantial point made on this appeal is, that the
rule laid down in the Supreme Court, and supported by cases
cited in the opinion below, and which is to the effect that im-
proper remarks of counsel in summing up should not work a
reversal when it appears that they were promptly withdrawn
and no request was made either that counsel be rebuked by
the court or that the jury be instructed to disregard them,
has never been passed upon in this court, and that we should
not adopt a different rule.

On this point it is sufficient to say that this court passed
upon the precise point in *State* v. *Kroll,* 87 *N. J. L.* 330, in
affirming a judgment of the Supreme Court, for the reasons
given by that court and quoted at length in our *per curiam.*

A similar situation was similarly dealt with by this court
in *Murphy* v. *Marrone,* 86 *N. J. L.* 663, 667, and again in
the case of Smith, Administrator, *v.* Brunswick Laundry Co.,
decided at the present term.

In *State* v. *Terry,* 91 *N. J. L.* 539, also in this court, the
subject was treated by the Chancellor at some length, and the
same rule applied.

The judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ.   12.